UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,

v.

SUZANNE GROFF, MARGARET OUELLETTE, JAMES BLESSMAN, CARMEN McINTYRE, WELLPATH/GRAND PRAIRIE HEALTH CARE, BRYAN MORRISON, MARY HOWARD, RICKEY COLEMAN, TERI MASSEY, HEIDI WASHINGTON, JEFFERY BOMBER, JOHN DOE, and JANE DOE,

    Defendants.
_____/

Case No.  2:24-cv-13112
District Judge Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

# ORDER EXTEDNING TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS (ECF No. 57) AND ENCLOSING A COPY OF THE MOTION AS A ONE-TIME COURTESY

    This is a prisoner civil rights case.  Plaintiff Edward Stenberg (Stenberg), proceeding *pro se*, is suing defendants Suzanne Groff, Margaret Ouellette, James Blessman, Carmen McIntyre, Wellpath/Grand Prairie Health Care, Bryan Morrison, Mary Howard, Rickey Coleman, Teri Massey, Heidi Washington, Jeffery Bomber, John Doe, and Jane Doe alleging deliberate indifference to his

1

serious medical needs in violation of the Eighth Amendment. At all relevant times, he was housed at either the Lakeland Correctional Facility or the Thumb Correctional Facility in Michigan. *See* ECF No. 1. Under 28 U.S.C. § 636(b)(1), all pretrial matters have been referred to the undersigned. (ECF No. 25).

On June 6, 2025, Wellpath/Grand Prairie Health Care filed a motion to dismiss based on bankruptcy discharge. (ECF No. 57). The Court directed Stenberg to file a response to the motion by July 16, 2025. (ECF No. 58). On July 8, 2025, Stenberg filed a response to the Court's order, which was docketed on July 10, 2025, stating that he did not receive a copy of the motion to dismiss. (ECF No. 67).

Although Wellpath/Grand Prairie Health Care certified that a copy was mailed to Stenberg, the Court will extend the time for Stenberg to file a response to the motion, and, **as a one-time courtesy**, will enclose a copy of the motion with this order.

Stenberg's response to the motion is due **by August 7, 2025. The Clerk shall enclose a copy of the motion at ECF No. 57 with this order.**

SO ORDERED.

Dated: July 10, 2025  s/Kimberly G. Altman
Detroit, Michigan  KIMBERLY G. ALTMAN
 United States Magistrate Judge

2

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 10, 2025.

                                          s/Kristen Castaneda
                                          Kristen Castaneda in the
                                          absence of Dru Jennings
                                          Case Manager